JEONG C. CHANG, ET UX. v. E. NAM CHUNG.

June 13, 1989.

Petition for certification denied.

FRANK J. HOERST, III, SALEM COUNTY PROSECUTOR v.
JOSEPH DYER, ET AL.

June 13, 1989.

Petition for certification denied.

RITA MCNESBY v. STATE OF NEW JERSEY, DEPARTMENT
OF HUMAN SERVICES.

June 13, 1989.

Petition for certification denied.   (See 231 *N.J.Super.* 568)

IN RE STATE GRAND JURY INVESTIGATION.

June 13, 1989.

Petition for certification denied.